B6A (Official Form 6A) (12/07)

In re  **Harold Henry Blonigen**                                        Case No. __**11-60302**__
                        Debtor

## SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Debtor's Residence: Homestead Real Property located at 464 Ash Street NE, Aldrich MN, Single Family Residence legally described as follows: S 528 feet of W 330 feet ofd East 363 Feet of SW1/4 of NE1/4 on file and of record in the office of the County Recorder in and for Wadena County, Minnesota. | Fee Simple | - | 130,000.00 | 159,000.00 |
| Right of Redemption: Non Homestead Real Property located at 19127 Two Rivers Road, Avon MN, Single Family Residence legally described as follows: Lot 3, Block 1, Blonigen's Addition Plat 3, 1/17 Undivided Interest of Lot 17 and S1/2 of Lot 16, Blonigen's Addition on file and of record in the office of the County Recorder in and for Stearns County, Minnesota. | Right of Redemption | - | 156,000.00 | 208,089.00 ~~208,089.00~~ |
| Rental Property: Non Homestead Real Property located at 40835 Portage Circle, Single Family Residence legally described as follows: Lot Forty-three (43), Block Eight (8), Fawn Lake Meadows AND Lot Forty-four (44), Block Eight (8) Fawn Lake Meadows according to the plat thereof on file and of record in the office of the County Recorder in and for Todd County, Minnesota. | Fee Simple | - | 86,900.00 ~~87,700.00~~ | 81,400.00 |
| Rental Property: Non Homestead Real Property located at 310 Farewell, Verndale MN, Single Family Residence legally described as follows: Lots 11 and 12 and the Southerly 15 feet of Lots 10 of Block 11 in the Townshite of Vernadale, Minnesota on file and of record in the office of the County Recorder in and for Wadena County, Minnesota. | Fee Simple | - | 46,300.00 | 73,700.00 |

                                                        Sub-Total >    **419,200.00**     (Total of this page)

__1__ continuation sheets attached to the Schedule of Real Property

B6A (Official Form 6A) (12/07) - Cont.

In re **Harold Henry Blonigen**, Debtor

Case No. **11-60302**

## SCHEDULE A - REAL PROPERTY - AMENDED
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Rental Property: Non Homestead Real Property located at 29766 Portage Loop, Browerville MN Single Family Residence legally described as follows:** Lot Thirty-nine (39), Block Eight (8), Fawn Lake Meadows according to the plat thereof on file and of record in the office of the County Recorder in and for Todd County, Minnesota. | Fee Simple | - - | ~~96,100.00~~ **95,300.00** | 85,700.00 |
| **Rental Property: Non Homestead Real Property located at 103 Sunrise, Staples MN, Single Family Residence legally described as follows:** North 15.24 feet of Lot Four (4) and Lot Five (5), Block One (1) thereof of Sunrise Acres First Addition on file and of record in the office of the County Recorder in and for Todd County, Minnesota. | Redemption Interest | - | 75,500.00 | 83,500.00 |
| **50% interest in non-homestead real estate located in Aldrich, MN, legally described as follows:** The Southwest Quarter of the Northwest Quarter (SW1/4 NW1/4), Section 36, Township 134, Range 34, Wadena County, Minnesota | | - | 50,400.00 | 40,000.00 |
| **50% interest in non-homestead real estate described as follows:** That part of the West Half of the Southwest Quarter (W1/2 SW1/4) lying North of Trunk Highway 10 except the 200' x 475' in the Southwesterly corner of the the Southwest Quarter in Section 36, Township 134, Range 34, Wadena County, MN | | - | 43,600.00 | 6,500.00 |
| **Lot 44** | | - | 2,500.00 | 0.00 |
| **Lot 5 Sunrise Addition** | | - | ~~6,400.00~~ **2,000.00** | 0.00 |

269,300.00

Sub-Total > ~~274,500.00~~ **(Total of this page)**

Total > ~~694,500.00~~ **688,500.00**

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re **Harold Henry Blonigen**, Case No. **11-60302**
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | Cash | - | 52.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account at Unity Bank | - | 2.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Normal Household Goods, Furnishings, Electronics, Major and Minor Appliances | - | 1,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books, CD's, DVD's and Pictures | - | 200.00 |
| 6. Wearing apparel. | | Clothing | - | 400.00 |
| 7. Furs and jewelry. | | Wristwatch and Class Ring | - | 200.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Fishing rods and fishing equipment and tackle box | - | 100.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Whole Life Insurance through Penn Mutual. $250,000 death benefit, $1800.00 cash surrender value | - | 1,800.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total > **4,254.00**
(Total of this page)

**4** continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Harold Henry Blonigen**  , Case No. **11-60302**
Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | IRA | - | 121,167.00 |
| | | Roth IRA | - | 21,585.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | H & C Enterprises LLC. H & C Enterprises owns 17 parcels of real estate. The property addresses, property values (based on the estimated market value on the property tax statements), mortgage companies that have mortgages, together with the current mortgage balances and balances of unpaid property taxes are set out in detail in the attached Exhibit A. **The properties have mortgages totalling $1,103,900.00 and unpaid real estate taxes of $22,451.00** | - | ~~1,049,200.00~~ 1,000.00  The total of all properties is $1,000,100.00. |
| | | Pro-Com, Inc. Harold is the only shareholder of Pro-Com. Pro-Com owns real estate identified as Lot 6, Pine Ridge. The estimated market value of Lot 6 is $16,000; there is no loan against the property. | - | 16,000.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Second mortgage in favor of Harold against Becky Blanchard; the first mortgage company foreclosed on the home. Collection of mortgage is doubtful. | - | 35,000.00 |
| | | Judgment in favor of Harold agaisnt MERS. Harold has not attempted collection. This judgment is collectible. The judgment has been docketed in Ramsey, Heenepin, Stearns and Wadena Counties. | - | 11,000.00 |

Sub-Total > ~~1,253,952.00~~
(Total of this page) 205,752.00

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Harold Henry Blonigen**   Case No. __11-60302__
                        Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Judgment in favor of Harold against Sandra Stall. Ms. Stall filed bankruptcy following the entry of the judgment (the case was filed in Arkansas). The face value of the judgment is $18,500. | - | 0.00 |
| | | Judgment in favor of Harold against Jason Johnson and Krista Schardin. The judgment is for unpaid rent and property damage; Harold does not know the whereabouts of Mr. Johnson or Ms. Schardin. Collection is doubtful. | - | 22,300.00 |
| | | Rents owed to Harold from tenants. All rents are subject to assignment of rents clauses with mortgages that are currently in default. | - | 0.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | Harold H Blonginen Revocable Truste. The trust was created in 1999; the assets of the trust, which is composed of five parcels of real estate. The real estate was transferred into the trust less then 10 years ago. Asset value is $425,100. Mortgage balances are $436,400. The property addressed, values, mortgage holders and unpaid property taxes are listed on the attached Exhibit B | - | 0.00 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **General Contractor's License** | - | 0.00 |

Sub-Total >   22,300.00
(Total of this page)

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Harold Henry Blonigen**, Case No. **11-60302**
Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | ~~1998 Ford Explorer (miles)~~ | - | ~~0.00~~ |
| | | 2 Construction Trailers - used in business | - | 4,500.00 |
| | | 1998 Chevrolet S-10 (210,000 Miles) | - | 500.00 |
| | | 1979 Chevrolet Pickup (Harold uses this truck for snowplowing). Vehicle is not licensed. | - | 500.00 |
| | | 1998 Ford Explorer (179,000 miles) | - | 500.00 |
| | | 1994 Chevrolet Club Cab - used by H & C Enterprises for business activities. (290,000 Miles) | - | 150.00 |
| | | 1980 Winnebago RV | - | 800.00 |
| | | Tilt tandem trailer | - | 150.00 |
| | | Homemade trailer | - | 200.00 |
| 26. Boats, motors, and accessories. | | 1984 Lund Boat, Motor and Trailer | - | 1,630.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Sub-Total >     8,930.00
(Total of this page)

Sheet  **3**  of  **4**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Harold Henry Blonigen**, Case No. **11-60302**
Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | 2000 Polaris ATV | - | 700.00 |
| | | Miscellaneous hand and power tools - personal use in Harold's household | - | 200.00 |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Sub-Total > (Total of this page)    900.00
Total >    ~~1,290,336.00~~ 1,241,236.00

(Report also on Summary of Schedules)

**EXHIBIT A**

## PROPERTY OWNED BY H & C ENTERPRISES INC.

| Property Address | Estimated Market Value | Mortgage Company (Loan Balance) | Unpaid Property Tax 2009-2010 |
|---|---|---|---|
| 1801 12th Street NE Staples MN | $137,200 | Central MN CU ($136,200) | $1014 |
| 818 2nd Street SW Wadena MN | ~~$57,600~~ **55,800.00** | Star Bank ($39,000) | $1122 |
| 21223 211th Ave Verndale MN | ~~$123,400~~ **$118,200** | First National ($113,000) | $3528 |
| 22250 220th Street Verndale MN | $156,600 | First National ($105,000) | $1814 |
| 11020 US Hwy 71 Wadena MN | $90,600 | Wadena State Bank ($65,000) | $2118 |
| 224 2nd Street SW Staples MN | ~~$56,600~~ **$46,900.00** | Wadena State Bank ($57,700) | $1136 |
| 24184 Co Rd 24 Staples MN | ~~$115,700~~ **$102,600** | Wadena State Bank ($110,000) | $1492 |
| 28 Eastside Drive Verndale MN | ~~$74,000~~ **$67,900** | Wadena State Bank ($58,000) | $4033 |
| 1008 1st Street SW Wadena MN | ~~$75,500~~ **70,300.00** | Wadena State Bank ($95,000) | $3344 |
| 20820 464th Street Aldrich MN | ~~$71,700~~ **$69,600** | Unity Bank ($106,000) | $890 |
| Pine Ridge Estates Lots 1,2,3,4,5 and 7 | ~~$84,500~~ **$71,600** | Unity Bank ($219,000) | $1960 |
| Pine Ridge #2 | $5,800 | (Also secured by Unity Bank Loan) | $232 |
| | **$1,000,100** | | |



EXHIBIT B

# PROPERTY OWNED BY HAROLD H. BLONIGEN REVOCABLE TRUST

| Property Address | Estimated Market Value | Mortgage Company (Loan Balance) | Unpaid Property Tax 2009-2010 |
|---|---|---|---|
| Aldrich Home Property (20 Acres) | $130,300 | Bank of America ($159,000) | |
| Aldrich Home Property (20 Acres) | ~~$22,000~~ $21,500 | Unity Bank ($25,000) | $289 |
| Aldrich Home Property (10 Acres) | $13,900 | | $211 |
| 40881 Penelope Loop and Lot 20 285th Street | ~~$135,900~~ $133,000 | Wachovia ($138,000) | $785 |
| 17657 Co Rd 26 Verndale MN | $123,000 | Wells Fargo ($114,400) | $4300 |

B6C (Official Form 6C) (4/10) -- Cont.

In re  Harold Henry Blonigen , Case No. __11-60302__
                   Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Rental Property: Non Homestead Real Property located at 103 Sunrise, Staples MN, Single Family Residence legally described as follows: North 15.24 feet of Lot Four (4) and Lot Five (5), Block One (1) thereof of Sunrise Acres First Addition on file and of record in the office of the County Recorder in and for Todd County, Minnesota. | 11 U.S.C. § 522(d)(5) | 0.00 | 75,500.00 |
| 50% interest in non-homestead real estate located in Aldrich, MN, legally described as follows: The Southwest Quarter of the Northwest Quarter (SW1/4 NW1/4), Section 36, Township 134, Range 34, Wadena County, Minnesota | 11 U.S.C. § 522(d)(5) | 0.00<br>~~2,821.00~~<br>11,821.00 | 50,400.00 |
| 50% interest in non-homestead real estate described as follows: That part of the West Half of the Southwest Quarter (W1/2 SW1/4) lying North of Trunk Highway 10 except the 200' x 475' in the Southwesterly corner of the the Southwest Quarter in Section 36, Township 134, Range 34, Wadena County, MN | 11 U.S.C. § 522(d)(5) | ~~9,000.00~~ | 43,600.00 |
| **Cash on Hand**<br>Cash | 11 U.S.C. § 522(d)(5) | 52.00 | 52.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit**<br>Checking Account at Unity Bank | 11 U.S.C. § 522(d)(5) | 2.00 | 2.00 |
| **Household Goods and Furnishings**<br>Normal Household Goods, Furnishings, Electronics, Major and Minor Appliances | 11 U.S.C. § 522(d)(3) | 1,500.00 | 1,500.00 |
| **Books, Pictures and Other Art Objects; Collectibles**<br>Books, CD's, DVD's and Pictures | 11 U.S.C. § 522(d)(3) | 200.00 | 200.00 |
| **Wearing Apparel**<br>Clothing | 11 U.S.C. § 522(d)(3) | 400.00 | 400.00 |
| **Furs and Jewelry**<br>Wristwatch and Class Ring | 11 U.S.C. § 522(d)(4) | 200.00 | 200.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment**<br>Fishing rods and fishing equipment and tackle box | 11 U.S.C. § 522(d)(5) | 100.00 | 100.00 |
| **Interests in Insurance Policies**<br>Whole Life Insurance through Penn Mutual. $250,000 death benefit, $1800.00 cash surrender value | 11 U.S.C. § 522(d)(8) | 1,800.00 | 1,800.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans**<br>IRA | 11 U.S.C. § 522(b)(3)(C) | 121,167.00 | 121,167.00 |

Sheet __1__ of __2__ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

In re   **Harold Henry Blonigen**                                          ,   Case No. __11-60302__
                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Roth IRA** | 11 U.S.C. § 522(b)(3)(C) | 21,585.00 | 21,585.00 |
| **Stock and Interests in Businesses** <br> H & C Enterprises LLC. H & C Enterprises owns 17 parcels of real estate. The property addresses, property values (based on the estimated market value on the property tax statements), mortgage companies that have mortgages, together with the current mortgage balances and balances of unpaid property taxes are set out in detail in the attached Exhibit A. | 11 U.S.C. § 522(d)(5) | 0.00 | ~~1,040,200.00~~ <br> 1,000,100.00 |
| **Contingent and Non-contingent Interests in Estate of a Decedent** <br> Harold H Blonginen Revocable Truste. The trust was created in 1999; the assets of the trust, which is composed of five parcels of real estate. The real estate was transferred into the trust less then 10 years ago. Asset value is $425,100. Mortgage balances are $436,400. The property addressed, values, mortgage holders and unpaid property taxes are listed on the attached Exhibit B | 11 U.S.C. § 522(d)(5) | 0.00 | ~~0.00~~ <br> 421,700.00 |
| **Licenses, Franchises, and Other General Intangibles** <br> General Contractor's License | 11 U.S.C. § 522(d)(5) | 0.00 | 0.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** <br> 1998 Ford Explorer (miles) | 11 U.S.C. § 522(d)(2) | 0.00 | 0.00 |
| 2 Construction Trailers - used in business | 11 U.S.C. § 522(d)(6) | 2,175.00 | 4,500.00 |
| 1998 Ford Explorer (179,000 miles) | 11 U.S.C. § 522(d)(2) | 500.00 | 500.00 |
| **Boats, Motors and Accessories** <br> 1984 Lund Boat, Motor and Trailer | 11 U.S.C. § 522(d)(5) | 0.00 | 1,630.00 |
| **Other Personal Property of Any Kind Not Already Listed** <br> 2000 Polaris ATV | 11 U.S.C. § 522(d)(5) | 0.00 | 700.00 |
| Miscellaneous hand and power tools - personal use in Harold's household | 11 U.S.C. § 522(d)(3) | 200.00 | 200.00 |
| | | 161,702.00 | 1,745,836.00 |
| | Total: | ~~181,702.00~~ | ~~1,889,336.00~~ |

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                  Best Case Bankruptcy

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

**Harold Henry Blonigen**
Debtor(s).

**SIGNATURE DECLARATION**

Case No. **11-60302**

☐ PETITION, SCHEDULES & STATEMENTS
☐ CHAPTER 13 PLAN
☐ SCHEDULES AND STATEMENTS ACCOMPANYING VERIFIED CONVERSION
☒ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
☐ MODIFIED CHAPTER 13 PLAN
☐ OTHER (Please describe:_____)

I [We], the undersigned debtor(s) or authorized representative of the debtor, *make the following declarations under penalty of perjury:*

- The information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;
- The information provided in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case is true and correct;
- [**individual debtors only**] If no Social Security Number is included in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case, it is because I do not have a Social Security Number;
- I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration and the completed "Debtor Information Pages," if applicable; and
- [**corporate and partnership debtors only**] I have been authorized to file this petition on behalf of the debtor.

Date: __4/25/11__

X _____    X _____
Signature of Debtor or Authorized Representative        Signature of Joint Debtor

**Harold Henry Blonigen**
Printed Name of Debtor or Authorized Representative        Printed Name of Joint Debtor

Form ERS 1 (Rev. 10/03)

**UNITED STATES BANKRUPTCY COURT**
**District of Minnesota**

Case No: 11-60302

In re:   Harold Henry Blonigen


         Debtor


**CERTIFICATE OF MAILING**


The undersigned hereby certifies that a true copy of the Amended Schedules A, B , C, and Amended Statement of Intention were mailed to all parties in interest at the addresses set forth in the exhibit which is attached hereto, by first class mail on April 26, 2011.


Date:   April 26, 2011

/e/ WILLIAM P. KAIN-#143005

13 South Seventh Avenue
Saint Cloud, MN 56301
(320) 252-0330

**EXHIBIT**

ADVANTA BANK CORP
PO BOX 844
SPRING HOUSE PA 19477

BAC HOME LOANS SERVICI
450 AMERICAN ST
SIMI VALLEY CA 93065

CACH LLC
BANKRUPTCY DEPARTMENT
4340 S MONACO ST  2ND FLOOR
DENVER CO 80237

CENTRAL MN FCU
201 MINNIE STREET
PAYNESVILLE MN 56362

COLLECTION BUREAU OF L
PO BOX 246
LITTLE FALLS MN 56345

DIAGNOSTIC IMAGING
PO BOX 46100
MINNEAPOLIS MN 55446

```
FINANCIAL CONSULTANTS
160 3RD AVE W
FOLEY MN 56329
```

```
FIRST EQUITY
PO BOX 84075
COLUMBUS GA 31901




FIRST INTERNATIONAL BANK




FIRST NATIONAL BANK
235 MAIN STREET
SAUK CENTRE MN 56378




GREAT RIVER FCU
1532 W SAINT GERMAIN ST
SAINT CLOUD MN 56301




GREAT RIVER FCU
1532 WEST ST. GERMAIN ST
SAINT CLOUD MN 56301




MERICKELS




MINNESOTA POWER
30 W SUPERIOR ST
DULUTH MN 55802
```

```
PHH MORTGAGE
MORTGAGE SERVICES
2001 BISHOP STATE BLVD.
MOUNT LAUREL NJ 08054
```

```
STAR BANK
PO BOX 607
ANNANDALE MN 55302



UNITY BANK
N 4TH STREET
STAPLES MN



UNITY BANK EAST
1180 W 4TH ST
RUSH CITY MN 55069



WADENA STATE BANK
304 1ST STREET SE
WADENA MN 56482



WELLS FARGO HM MORTGAG
PO BOX 10335
DES MOINES IA 50306



WORLD SAVINGS & LOAN
ATTN: BANKRUPTCY
4101 WISEMAN BLVD
SAN ANTONIO TX 78251
```